[THE STATE EX REL.] DAWSON, CROSS-APPELLEE, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL., CROSS-APPELLANTS.

[Cite as *State ex rel. Dawson v. Indus. Comm.* (1998), 82 Ohio St.3d 378.]

(No. 96–218—Submitted May 26, 1998—Decided July 22, 1998.)

*White, Getgey & Meyer Co., L.P.A.,* and *Barbara F. Florez,* for cross-appellee.

*Betty D. Montgomery,* Attorney General, and *Steven P. Fixler,* Assistant Attorney General, for cross-appellants.

---

The judgment of the court of appeals is reversed and the cause is remanded for further proceedings.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur. .